**Order entered January 24, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00333-CR

**LOUIS O'NEAL WILKINS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-80751-2011**

## ORDER

The State's January 22, 2013 First Motion for Extension of Time to File its Brief is

**GRANTED**. The State's Brief, tendered to the Clerk on January 22, 2013, is **ORDERED** filed

as of the date of this order.


/s/     DAVID LEWIS
            JUSTICE